**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

*In Re: Boston Scientific Corp.
Pelvic Repair System Products Liability Litigation
MDL No. 2326*

**Civil Action No.** 2:17-cv-02508

---

## SHORT FORM COMPLAINT

Come now the Plaintiff(s) named below, and for their Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2326 by reference. Plaintiff(s) further show the Court as follows:

1. Female Plaintiff:

   Marsha Sue Jeter

2. Plaintiff Husband (if applicable):

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

4. State of Residence:

   California

5. District Court and Division in which venue would be proper absent direct filing:

   California Eastern District Court, Bakersfield

6. Defendants (Check Defendants against whom Complaint is made):

   ☑  A.  Boston Scientific Corporation

Revised: 05/28/14

☐    B.  American Medical Systems, Inc. ("AMS")

☐    C.  Johnson & Johnson

☐    D.  Ethicon, Inc.

☐    E.  C. R. Bard, Inc. ("Bard")

☐    F.  Sofradim Production SAS ("Sofradim")

☐    G.  Tissue Science Laboratories Limited ("TSL")

☐    H.  Mentor Worldwide LLC

☐    I.  Coloplast Corp.

☐    J.  Cook Incorporated

☐    K.  Cook Biotech, Inc.

☐    L.  Cook Medical, Inc.

☐    M.  Desarrollo e Investigación Médica Aragonesa, S.L. ("DIMA")

☐    N.  Neomedic International, S.L.

☐    O.  Neomedic Inc.

☐    P.  Specialties Remeex International, S.L.

7.  Basis of Jurisdiction:

☑    Diversity of Citizenship

☐    Other: _____

A. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

4,5,6

_____

_____

2

B. Other allegations of jurisdiction and venue:

8. Defendants' products implanted in Plaintiff (Check products implanted in Plaintiff):

☐ The Uphold Vaginal Support System;

☐ The Pinnacle Pelvic Floor Repair Kit;

☐ The Advantage Transvaginal Mid-Urethral Sling System;

☐ The Advantage Fit System;

☑ The Lynx Suprapubic Mid-Urethral Sling System;

☐ The Obtryx Transobturator Mid-Urethral Sling System;

☐ The Prefyx PPS System;

☐ The Solyx SIS System; and/or

☐ Other

9. Defendants' Products about which Plaintiff is making a claim. (Check applicable products):

☐ The Uphold Vaginal Support System;

☐ The Pinnacle Pelvic Floor Repair Kit;

☐ The Advantage Transvaginal Mid-Urethral Sling System;

☐ The Advantage Fit System;

☑ The Lynx Suprapubic Mid-Urethral Sling System;

☐ The Obtryx Transobturator Mid-Urethral Sling System;

☐    The Prefyx PPS System;

☐    The Solyx SIS System; and/or

☐    Other

10. Date of Implantation as to Each Product:

03/09/2016

11. Hospital(s) where Plaintiff was implanted (Including City and State):

Sierra View District Hospital, Porterville, CA

12. Implanting Surgeon(s):

Rajendra H. Dwivedi, MD

13. Counts in the Master Complaint brought by Plaintiff(s)

☑    Count I – Negligence

☑    Count II – Strict Liability – Design Defect

☑    Count III – Strict Liability – Manufacturing Defect

☑    Count IV – Strict Liability – Failure to Warn

☑    Count V - Breach of Express Warranty

4

☑ Count VI – Breach of Implied Warranty

☐ Count VII (by the Husband) – Loss of Consortium

☑ Count VIII – Discovery Rule, Tolling and Fraudulent Concealment

☑ Count IX – Punitive Damages

☑ Other Count  <u>Cal. Bus. & Prof. Code. § 17200 et seq. California's Unfair Competition Law</u>  If Plaintiff asserts additional claims, please state the factual and legal basis for these claims below:

Defendant(s) knowingly and falsely represented that their Pelvic Mesh Products were fit to be used for the purpose for which they were intended, when in fact they were defective and dangerous. These representations were made in marketing and promotional materials. Defendants had actual knowledge of the defective and dangerous condition of the Products and failed to take any action to cure such defective and dangerous conditions. Plaintiffs and the medical community relied upon Defendants' misrepresentations and omissions in determining which product and/or procedure to undergo and/or perform. Defendants' deceptive, unconscionable or fraudulent representations and material omissions to patients, physicians and consumers, constituted unfair and deceptive acts and practices and directly and proximately caused Plaintiffs to suffer damages.

☐ Other Count  _____  If Plaintiff asserts additional claims, please state the factual and legal basis for these claims below:

_____

_____

_____


**s/** Wendy R. Fleishman
_____
Attorney(s) for Plaintiff

Address, phone number, email address and bar information:

Wendy R. Fleishman
New York Bar No. 2500429
Paulina do Amaral
New York Bar No. PD 6091
Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
wfleishman@lchb.com

Sarah R. London
California Bar No. 267083
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
slondon@lchb.com
ylokung@lchb.com
rtaylor@lchb.com